### CLARK *v.* WARDEN OF MARYLAND PENITENTIARY

[P. C. No. 50, September Term, 1959.]

*Decided December 21, 1959.*

Before BRUNE, C. J., and HENDERSON, HAMMOND, PRESCOTT and HORNEY, JJ.

PER CURIAM.

Application for leave to appeal is denied for the reasons stated in the opinion of the court below.